

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Dixon W. Holman, Sharon G. Holman, Watermark Transport Services, LLC, Truck Providers, LLC, and Truck Providers II, LLC, Appellants

No. 06-14-00016-CV      v.

Colonial Pacific Leasing Corporation, Appellee

Appeal from the 153rd District Court of Tarrant County, Texas (Tr. Ct. No. 153-244003-10). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find that the motion of the appellants to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that each party shall bear its own costs of appeal.

RENDERED MAY 30, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk